THE GRAND RAPIDS GUARD v. EDWIN J. BULKLEY.

*Voluntary associations—Election of officers—Notice—Term of office.*

An election of officers by a board of directors of an unincorporated organization, held before the terms of office of the members of the board have commenced, and without giving notice to all of the directors, is illegal.

*Mandamus.* Argued January 31, 1893. Denied February 1, 1893.

Relator 'is an unincorporated organization formed for social purposes, and governed by a constitution and by-laws adopted by the organization. The constitution provides for the election of a board of directors on the first Monday of December, to hold their offices for one year from the first day of January following, or until their successors are elected. It is the duty of this board to elect a president, vice-president, secretary, and treasurer. On December 22, 1892, the board of directors whose terms of office were to commence January 1, 1893, assumed to elect a treasurer to succeed the respondent, notice of which election was not given to all of the members of the board. Upon the refusal of the respondent to turn over the books, papers, and money in his hands to the party claiming under said election, this proceeding was instituted to compel the surrender of the same. '

*Charles O. Smedley,* for relator.

*Mitchel & La Grou,* for respondent.

PER CURIAM. A writ of *mandamus* is denied, on the ground that the alleged treasurer was not duly elected;

notice of the meeting at which he is claimed to have been elected not having been given to some of the directors, and the terms of office of the directors not having commenced at the time of said alleged election.